```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE MIDDLE DISTRICT OF GEORGIA
                           ATHENS DIVISION
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
|     Plaintiff, | * | |
| vs. | * | CASE NO. 3:16-CV-163(CDL) |
| MIZE GRANITE QUARRIES, INC., | * | |
|     Defendant. | * | |

## O R D E R

Defendant Mize Granite Quarries, Inc. filed an Answer in this action, but it was prepared and submitted by Mize Granite Quarries, Inc.'s president, a non-attorney. *See* Answer, ECF No. 3; Letter from Robert W. Mize III to David Bunt (Mar. 7, 2017), ECF No. 5. It is well established "that a corporation may appear in the federal courts only through licensed counsel." *In re Strickland & Davis Int'l, Inc.*, 612 F. App'x 971, 976 (11th Cir. 2015) (per curiam) (quoting *Rowland v. Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-02 (1993)). Therefore, Mize Granite Quarries, Inc.'s president may not represent Mize Granite Quarries, Inc. in this action, and the corporation must have an attorney. The courts generally advise a corporation of the need for proper representation and afford the corporation an opportunity to obtain counsel before taking

an action like striking the answer due to lack of counsel.  *Id.* (collecting cases).

Mize Granite Quarries, Inc. is advised that it must retain counsel if it wishes to defend this action.  Within twenty-eight days of the date of this Order, Mize Granite Quarries, Inc. may file an amended Answer.  The amended Answer must be prepared and submitted by an attorney.  If Mize Granite Quarries, Inc. does not timely file an amended Answer prepared and submitted by an attorney, the Court will strike Mize Granite Quarries, Inc.'s Answer and enter a default judgment against Mize Granite Quarries, Inc.

IT IS SO ORDERED, this 8th day of March, 2017.

S/Clay D. Land<br>
CLAY D. LAND<br>
CHIEF U.S. DISTRICT COURT JUDGE<br>
MIDDLE DISTRICT OF GEORGIA